

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-12-00392-CR

Andrisela Marie **NG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-8420
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 7, 2013.

_____
Rebeca C. Martinez, Justice